## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE:<br><br>**Neva D. Williamson,**<br>**fdba All Above Realty, LLC,**<br><br>**Glen S. Williamson, JR,**<br><br>     **Debtors.** | **CHAPTER 13**<br>**CASE NO.: 25-12335-BFK** |
| **SELENE FINANCE LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST**<br>     Movant,<br><br>v.<br><br>**Neva D. Williamson,**<br>**fdba All Above Realty, LLC,**<br><br>**Glen S. Williamson, JR,**<br>     **Debtors,**<br><br>**Thomas P. Gorman**<br>     **Trustee.**<br><br>          Defendants. | FILED PURSUANT TO 11 U.S.C<br>SECTION 362 |

## MOTION SEEKING RELIEF FROM STAY AND NOTICE OF HEARING THEREON
## 9540 TARVIE CIRCLE, BRISTOW, VIRGINIA 20136

_____
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

NOTICE: Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the motion, or if you want the Court to consider your views on the motion, then on or before the 14th day from the date of service of this Motion, you or your attorney must:

File with the court, at the address shown below, a written response pursuant to Local Bankruptcy Rule 9013-1. If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

> United States Bankruptcy Court
> Eastern District of Virginia
> 200 S. Washington St.
> Alexandria, VA 22314-5405

You must also send a copy to:

> Tata-Annie Latoya King - VA Bar No. 100892
> Robertson, Anschutz, Schneid, Crane &
> Partners, PLLC
> 11350 McCormick Road, EP 1, Suite 302
> Hunt Valley, MD 21031

And to:

> Trustee
> Thomas P. Gorman
> Thomas P. Gorman, Chapter 13 Trustee
> 1414 Prince St.
> Ste. 202
> Alexandria, VA 22314

Attend the hearing scheduled for June 3, 2026 at 9:30 a.m. Courtroom I of the United States Bankruptcy Court, Eastern District of Virginia, 200 S. Washington St., Alexandria, VA 22314.

If you or your attorney do not take these steps, the Court may decide you do not oppose the relief sought in the Motion and may enter an Order Granting that Relief without holding a hearing.

_____
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

## MOTION SEEKING RELIEF FROM STAY

Comes now SELENE FINANCE LP, AS SERVICER IN FACT FOR U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST (the "Movant"), a movant, by Counsel, and moves this Honorable United States Bankruptcy Court for Relief from the Stay imposed by 11 U.S.C. Sections 362(a) and in support thereof, state as follows:

1. That this Motion is filed pursuant to 11 U.S.C. Sections 362(d) and Rules 4001 and 9014 of the Bankruptcy Rules, as hereinafter shall more fully appear.

2. Movant's claim is based upon a certain Note dated May 20, 2005, in the principal amount of $438,550.00 and executed by Neva Williamson and Glen Steven Williamson the ("Debtor"). The total amount due, including the unpaid principal balance of $374,409.04 due under said Note as of April 13, 2026, interest of $10,093.74 at the Note rate, late charges and attorney's fees and costs was approximately $388,937.08. A copy of an estimated payoff statement is attached hereto, marked as Exhibit A, as is a copy of the said Note, marked as Exhibit B. Repayment of said Note is secured by that certain Deed of Trust dated May 20, 2005 as Instrument # 200505230082619 among the land records of Prince William County, Virginia, which property has the address of 9540 Tarvie Circle, Bristow, Virginia 20136 and which is more particularly described in the Deed of Trust as:

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

LOT 11, RIVENBURG SUBDIVISION, AS THE SAME APPEARS TO BE
DULY DEDICATED, PLATTED AND RECORDED AS INSTRUMENT
NO.200311120209613 AMONG THE LAND RECORDS OF PRINCE
WILLIAM COUNTY, VIRGINIA.

A copy of said Deed of Trust and Assignment of Deed of Trust, if any, is attached hereto, marked as Exhibit C, and expressly made a part hereof.

3.      Secured Creditor is the holder of the note ("noteholder"), and is either the original mortgagee, beneficiary or assignee of the security instrument for the referenced loan. Noteholder directly or through an agent has possession of the promissory note and the promissory note is either made payable to noteholder or has been duly endorsed.

4.      That on November 6, 2025, the United States Bankruptcy Court for the Eastern District of Virginia entered an Order for Relief under 11 U.S.C. Chapter 13 upon a petition filed by Neva D. Williamson fdba All Above Realty, LLC and Glen S. Williamson, JR Case No. 25-12335-BFK.

5.      That Debtors have failed to make post-petition payments to Movant, and are therefore in default, post-petition as of April 13, 2026, as follows:

| | |
|---|---|
| 3  regular monthly payments @ $2,674.61 each<br>2/1/2026 through 4/1/2026 | $8,023.83 |
| Estimated attorney's fees ($1,350.00) and costs ($199.00) for  representation in this  proceeding | $1,549.00 |
| **TOTAL** | **$9,572.83** |

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

A copy of the post-petition payment history is attached hereto, marked as Exhibit D, and expressly made a part hereof.

6.     By reason of the foregoing, Movant has cause for relief under 11 U.S.C. Section 362(d)(1) and 1301(c)(3) as Debtor has failed to timely tender post-petition payments. As such, cause exists for the termination of the stay thereof.

7.     That Prince William County tax assessment states that the subject property has a current value of $640,400.00. A copy of the tax assessment is attached hereto, marked as Exhibit E, and expressly made a part hereof.

8.     That upon entry of an Order terminating the stay of 11 U.S.C. Section 362(a), Movant should be free to take such actions with respect to the subject property as are set forth under applicable non-bankruptcy law (i.e. modification, short sale and other loss mitigation options), and should be relieved from any further filing requirements pursuant to Fed. R. Bankr. P. 3002.1(b)-(c).

**WHEREFORE**, Movant, prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) so that the undersigned may proceed to enforce its security interest in the subject property by: (i) instituting or continuing foreclosure proceedings against the subject property in state court, (ii) allowing the successful purchaser at the foreclosure sale to obtain possession of the subject property, (iii) allowing it to take such other actions with respect to the subject property as are set forth under applicable non-bankruptcy law, (iv) relieving it, its successors and/or assigns from any further filing requirements pursuant to Fed. R. Bankr. P. 3002.1(b)-(c) if the stay is ultimately and unconditionally lifted or terminated,

_____
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

and (v) that the Order be binding and effective upon Debtor despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

## NOTICE OF INTENT TO SUBMIT BUSINESS RECORDS

Movant will submit business records as evidence at any scheduled hearing, as allowed under Fed. R. Bankr. P. 9017 and FRE 902(11). These business records and the declaration of their maintenance as business records are available for inspection by the adverse party upon demand.

## NOTICE

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

**If you do not wish the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within 14 days from the date of service of this motion, you must file a written response explaining your position with the Court and serve a copy on Movant.  Unless a written response is filed and served within this 14-day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.**

**If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the 14-day period.**

**You will be notified separately of the hearing date on the motion.**

Date: May 6, 2026.

By: /s/ Tata-Annie L. King
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302

_____
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

## CERTIFICATE OF SERVICE

I certify that on May 6, 2026, a true copy of the foregoing Motion Seeking Relief from

Stay was served upon all necessary parties by electronic mail or by first class U.S. Mail, with

adequate postage prepaid on the following persons or entities at the addresses stated:

Debtor
Neva D. Williamson
fdba All Above Realty, LLC
9540 Tarvie Circle
Bristow, VA 20136

Joint Debtor
Glen S. Williamson, JR
9540 Tarvie Circle
Bristow, VA 20136

Attorney for Debtor's
Suad Bektic
New Day Legal
8500 Mayland Drive
First Floor
Richmond, VA 23294

Trustee
Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee
1414 Prince St.
Ste. 202
Alexandria, VA 22314

U.S. Trustee
Matthew W. Cheney

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

Office of the U.S. Trustee - Region 4
1725 Duke Street
Suite 650
Alexandria, VA 22314

Date: May 6, 2026.

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**

/s/ Tata-Annie L. King
Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant

---

Tata-Annie Latoya King - VA Bar No. 100892
Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
11350 McCormick Road, EP 1, Suite 302
Hunt Valley, MD 21031
Phone: 470-321-7112, ext. 52327
Email: taking@raslg.com
Counsel for Movant